AO440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of   ALABAMA _____

DAVID MICHAEL BURKETTE
V.
MONTGOMERY BOARD OF EDUCATION AND
LEWIS E. WASHINGTON, JR.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07cv1121-TFM

TO: (Name and address of Defendant)
Montgomery Board of Education
307 South Decatur Street,
Montgomery, Alabama. 36104

Summoned + Required to serve:
David Michael Burkette
P.O. Box 9257, Montgomery, AL 36108

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the days of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  1-2-08

AO440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                    District of    ALABAMA

DAVID MICHAEL BURKETTE              **SUMMONS IN A CIVIL CASE**
V.
MONTGOMERY BOARD OF EDUCATION AND    CASE NUMBER:
LEWIS E. WASHINGTON, JR.

2:07cv1121-TFM

TO: (Name and address of Defendant)
Lewis E. Washington, Jr.,
307 South Decatur Street,
Montgomery, Alabama. 36104

*Summoned + Required to Serve:*
*David Michael Burkette*
*P.O. Box 9257*
*Montgomery, AL 36108*

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the days of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                     1-2-08
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK