**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

June 25, 2007

**NOTICE OF REASSIGNMENT**

RE:   Burkette v. Montgomery County Board of Education et al

      Civil Action No. 2:07cv1121-TFM

The above-styled case has been reassigned to District Judge W. Keith Watkins. Please note that the number case number will be 2:07cv1121-WKW.

Sincerely,

Sheryl K. Lent
Deputy Clerk