IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID M. BURKETTE,

    Plaintiff,

-vs-

MONTGOMERY COUNTY BOARD OF EDUCATION AND LEWIS E. WASHINGTON, JR.,

    Defendants.

Case No. 2:07-cv-1121-TFM

## MONTGOMERY COUNTY BOARD OF EDUCATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Montgomery County Board of Education, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order No. 00-3047:

    **This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 24th day of January, 2008.

    MONTGOMERY COUNTY BOARD OF EDUCATION, Defendants,

    By:  /S/  James R. Seale
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
      FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    Counsel for Defendant

wwm/6630.0002/f:corporate disclosure statement per fed ct. order.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Montgomery County Board of Education's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system and further notice by placing same in the United States Mail, postage prepaid and properly addressed to David M. Burkette, P.O. Box 9257, Montgomery, Alabama 36110 on this the 24TH day of January, 2008.

/S/   James R. Seale