IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID M. BURKETTE,<br><br>　　Plaintiff,<br><br>-vs-<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION AND LEWIS E. WASHINGTON, JR.,<br><br>　　Defendants. | Case No. 2:07-cv-1121-TFM |

## LEWIS E. WASHINGTON, JR.'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Lewis E. Washington Jr., and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order No. 00-3047:

**This party is an individual**.

RESPECTFULLY SUBMITTED this the 24th day of January, 2008.

　　　　　　　　　　　　　　　　　　MONTGOMERY COUNTY BOARD OF
　　　　　　　　　　　　　　　　　　EDUCATION, Defendants,


　　　　　　　　　　　　　　　　　　By:　/S/　James R. Seale
　　　　　　　　　　　　　　　　　　　James R. Seale (3617-E-68J)
　　　　　　　　　　　　　　　　　　HILL, HILL, CARTER,
　　　　　　　　　　　　　　　　　　　FRANCO, COLE & BLACK, P.C.
　　　　　　　　　　　　　　　　　　Post Office Box 116
　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36101-0116
　　　　　　　　　　　　　　　　　　(334) 834-7600
　　　　　　　　　　　　　　　　　　(334) 263-5969 - fax
　　　　　　　　　　　　　　　　　　　E-mail: jrs@hillhillcarter.com
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　wwm/6630.0002/f:corporate disclosure statement per fed ct. order.washington.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Lewis E. Washington, Jr.'s Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system and further notice by placing same in the United States Mail, postage prepaid and properly addressed to David M. Burkette, P.O. Box 9257, Montgomery, Alabama 36110 on this the 24TH day of January, 2008.

/S/   James R. Seale