IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MICHAEL BURKETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:07-cv-1121-WKW |
| v. ) | |
| ) | |
| MONTGOMERY COUNTY BOARD OF ) | |
| EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 29th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE