**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**

A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ Northern _____ DIVISION

David Michael Burkette,  )
                         )
Plaintiff,               )
                         )
v.                       )   CASE NO. 2:07CV1121
                         )
Montgomery Co. Board of Ed. et al )
                         )
Defendants,              )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW David M. Burkette, a [**Plaintiff**/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____                    _____
_____                    _____
_____                    _____
_____                    _____

2-9-08
Date

Signature _David M. Burkette_
Counsel
David Burkette
Counsel for (print names of all parties)
P.O. Box 9257
Address, City, State Zip Code
(334) 230-9492
Telephone Number

Also requires a certificate of Service