IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID MICHAEL BURKETTE, | : | |
| Plaintiff, | : | |
| -vs- | : | Case No. 2:07-cv-1121-WKW |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | : | |
| Defendants. | : | |

# REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between Plaintiff and counsel for Defendants, on the 27th day of March, 2008, via telephone. Accordingly, the parties submit this Rule 26(f) Report to the Court for its consideration.

1. The meeting was attended, by:

    a. David Burkette, Pro Se Plaintiff;

    b. Jayne Harrell Williams, Counsel for the Defendants, Montgomery County Board of Education and Lewis E. Washington, Jr.

2. Pre-discovery disclosures. The parties will exchange by May 25, 2008, the information required by Rule 26.

3. Discovery Plan: The parties propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: all matters raised in the Complaint, any amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by September 5, 2008;

    c. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service;

    d. Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service;

    e. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

    f. Maximum of 5 depositions by Plaintiff and 5 depositions by Defendants, unless otherwise agreed to by the parties;

    g.    Each deposition, other than that of the parties, limited to a maximum of 7 hours, unless otherwise agreed to by the parties.  Parties' depositions limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

    h.    Reports from retained experts under Rule 26(a)(2) due:

        (1)   from Plaintiff by July 4, 2008; and
        (2)   from Defendants by August 4, 2008; and

    i.    Supplementations under Rule 26(e) a reasonable time after discovery.

4.    Other matters:

    a.    The parties do not request a conference with the Court before entry of the Scheduling Order;

    b.    Plaintiff should be allowed until May 2, 2008 to join additional parties and until June 1, 2008 to amend the pleadings;

    c.    Defendants should be allowed until June 2, 2008 to join additional parties and until July 1, 2008 to amend the pleadings;

    d.    All potentially dispositive motions should be filed by July 18, 2008;

    e.    Settlement cannot be realistically evaluated prior to close of discovery.

    f.    The parties request a final pretrial conference in October, 2008;

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        (1)   from Plaintiff: 30 days before trial; and
        (2)   from Defendants: 30 days before trial.

    h.    Parties should have until no less than 14 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

    i.    The case should be ready for trial by December, 2008, and is expected to take approximately 1-2 days; exclusive of jury selection and pretrial argument.

Respectfully Submitted this the 3rd day of April, 2008.

| | |
|---|---|
| /s/ David M. Burkette* | /S/ Jayne Harrell Williams |
| Pro Se Plaintiff David Michael Burkette | James R. Seale [3617-E-68J] |
| | Elizabeth Brannen Carter [3272-C-38E] |
| | Jayne Harrell Williams [6544-Y-85H] |
| | Counsel for Montgomery County Board of Education and Lewis E. Washington, Jr., Defendants |
| | |
| | Of Counsel: |
| P.O. Box 9257 | HILL, HILL, CARTER, FRANCO |
| Montgomery, Alabama 36108 |   COLE & BLACK, P.C. |
| Telephone: 334-230-9492 | 425 South Perry Street |
| | Montgomery, Alabama 36104 |
| | Telephone: 334-834-7600 |
| *E-Signed with permission | Facsimile: 334-832-7419 |
| | Email: jrs@hillhillcarter.com |
| |            ecarter@hillhillcarter.com |
| |            Jhw@hillhillcarter.com |