IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MICHAEL BURKETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:07-cv-1121-WKW |
| MONTGOMERY COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon of review of *Motion for Summary Judgment* and the supporting brief (Docs. 16-17, filed July 18, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **August 15, 2008.**

It is further **ORDERED** that Plaintiff file a response which shall include a brief and evidentiary materials on or before **August 8, 2008**. Defendants may file a reply brief on or before **August 15, 2008.**

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 21st day of July, 2008.

>/s/ Terry F. Moorer
>TERRY F. MOORER
>UNITED STATES MAGISTRATE JUDGE