IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MICHAEL BURKETTE, | : |
| | : |
|     PLAINTIFF, | : |
| | : |
| -VS- | :    CASE NO. 2:07-CV-1121-TFM |
| | : |
| MONTGOMERY COUNTY BOARD OF EDUCATION, | : |
| AND LEWIS E. WASHINGTON, JR., | : |
| | : |
|     DEFENDANTS. | : |

## NOTICE OF FACE TO FACE SETTLEMENT CONFERENCE

Pursuant to this Court's *Scheduling Order* directing the parties to conduct a face to face settlement conference, the undersigned advises this Honorable Court as follows:

1. The undersigned and the *pro se* plaintiff have spoken face to face and by phone to discuss the possibility of settlement.

2. At this time, no settlement has been reached.

3. While the parties do not believe mediation will assist in resolving this matter at this time, the possibility of mediating this matter will continue to be discussed by the parties.

RESPECTFULLY SUBMITTED this the 8$^h$ day of August, 2008.

        MONTGOMERY COUNTY BOARD OF EDUCATION AND
        LEWIS E. WASHINGTON, JR., **Defendants,**

    By:    /s/ Jayne H. Williams
        Elizabeth Brannen Carter (3272-C-38-E)
        Jayne L. Harrell (6544-Y-85H)
        Hill, Hill, Carter, Franco, Cole & Black, P.C.
        425 South Perry Street
        Montgomery, Alabama 36101-0116
        (334) 834-7600 - phone
        (334) 263-5969 - fax
        ECarter@HillHillCarter.com
        Jhwilliamsl@HillHillCarter.com
        Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I Hereby Certify that I have this date served a true and correct copy of the foregoing *Notice of Face to Face Settlement Conference* upon David Burkette, Post Office Box 9257, Montgomery, Alabama  36108 by placing same in the United States Mail, postage prepaid and properly addressed this the 8[h] day of August, 2008.

                                     /S/ Jayne H. Williams
                                     OF COUNSEL