IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID M. BURKETTE,<br><br>Plaintiff,<br><br>-vs-<br><br>MONTGOMERY COUNTY BOARD<br>OF EDUCATION AND<br>LEWIS E. WASHINGTON, JR.,<br><br>Defendants. | Case No. 2:07cv1121-TFM |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE IN OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

COME NOW the Defendants, Montgomery County Board of Education and Lewis Washington, by and through their counsel of record, and move to strike *Plaintiff's Response in Objection to Defendant's Motion for Summary Judgment*, or in the alternative, move for leave to file a reply brief out of time. In support thereof, Defendants state as follows:

1. Defendants timely filed their *Motion for Summary Judgment* on July 18, 2008 pursuant to this Court's Scheduling Order.

2. By Order dated July 21, 2008, Plaintiff was required to file any brief in opposition thereto no later than August 8, 2008, with Defendants permitted to file a reply brief no later than August 15, 2008.

3. On August 15, 2008, Plaintiff filed his *Response in Objection to Defendant's Motion for Summary Judgment*, and the Defendants received same via the CM/ECF system on August 18, 2008.

4. Plaintiff failed to timely file his opposition brief and further failed to seek leave to file said brief out of time.

5. The *Uniform Scheduling Order* is used to control the course of litigation and should be even handedly enforced, absent a showing of good cause. Failure to enforce the

deadlines to which all parties are subject to would render the Scheduling Order, as well as the interests it seeks to protect, meaningless. See *White v. Volvo Trucks of North America, Inc.*, 211 F.R.D. 668, 669-70 (M.D. Ala. 2002)(citing *Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

6. Accordingly, Plaintiff's opposition brief is due to be stricken as untimely.

7. However, in the alternative, Defendants request leave to file their reply brief out of time.

WHEREFORE, Defendants move to strike *Plaintiff's Response in Objection to Defendant's Motion for Summary Judgment* or, in the alternative, move for leave to file a reply brief out of time.

DATED THIS the 20th day of August, 2008.

        MONTGOMERY COUNTY BOARD OF
        EDUCATION AND LEWIS E. WASHINGTON, JR., Defendants,

By: /S/ Jayne Harrell Williams
James R. Seale (3617-E-68J)
Elizabeth Brannen Carter (3272-C-38E)
Jayne Harrell Williams (6544-Y-85H)
HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: ecarter@hillhillcarter.com
E-mail: jhwilliams@hillhillcarter.com
Counsel for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing *Defendants' Motion to Strike Plaintiff's Response in Objection to Defendant's Motion for Summary Judgment, Or in the Alternative, Defendants' Motion for Leave to File Reply Brief Out of Time* upon David Burkette, Post Office Box 9257, Montgomery, Alabama 36108 by placing same in the United States Mail, postage prepaid and properly addressed this the 20th day of August, 2008.

    /S/ Jayne Harrell Williams
    OF COUNSEL