IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID M. BURKETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1121-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Motion to Strike Plaintiff's Response in Objection to Defendant's Motion for Summary Judgment, or in the Alternative, Defendants' Motion for Leave to File Reply Brief Out of Time (Doc. # 21), it is ORDERED that the plaintiff shall file a response **on or before August 28, 2008.**

DONE this 21st day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE